

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00203-CR

Nathon Louis **GOMEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 11, Bexar County, Texas
Trial Court No. 456829
Honorable Tommy Stolhandske, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice

Delivered and Filed:  May 13, 2015

DISMISSED

Appellant has filed a motion to dismiss this appeal, stating that he no longer desires to pursue this appeal so he may proceed with the punishment assessed by the trial court. Appellant's motion is granted, and this appeal is dismissed.

PER CURIAM

DO NOT PUBLISH